The Industrial and General Trust, Limited, and Others, Appellants, v. Pacific Gas and Electric Company, Impleaded with the Trust Company of America and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jefferson Real Estate Company, Appellant, v. Walter H. Stearns, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Frank L. Perley, Appellant, v. Lee Shubert, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Thomas J. Nealis, Respondent, v. Frank A. O'Donnel and Others, as Members of and Constituting the Board of Taxes and Assessments of the City of New York, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted on the authority of *People ex rel. Collins* v. *Ahearn* (120 App. Div. 95).

The People of the State of New York ex rel. Israel Benjamin, Appellant, v. Arthur J. O'Keeffe and Others, as Members of and Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel J. Silberman. Appellant, v. Snare & Triest Company, Respondent, Impleaded with Mathilda Karg and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Depositions of F. H. Fenning and Samuel S. McCurdy, to Be Used in the Circuit Court, County of Union, State of Illinois, in an Action Entitled "The People of the State of Illinois ex rel. E. R. Leonard v. The Equitable Life Assurance Society of the United States." The Equitable Life Assurance Society of the United States, Appellant; Edwin A. Watson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jose R. Alvarez, Appellant, v. Tomas Ceron Camargo, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Plunkett Plumbing and Heating Company, Respondent, v. Bassford Realty Company and George A. Acken, Appellants.— Order affirmed, without costs. No opinion.

In the Matter of the Transfer Tax upon the Estate of James B. M. Grosvenor, Deceased. The Comptroller of the State of New York, Appellant; Rhode Island Hospital Trust Company, as Executor, etc., of James B. M. Grosvenor, Deceased, Respondent.— Order affirmed, with costs, on authority of *Matter of Grosvenor* (124 App. Div. 331).

Canuto H. Latasa, Respondent, v. Mark Aron, Impleaded with Edward H. Conroy, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.